United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUBIN ZHANG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ASIANA AIRLINES, INC., et al.,<br><br>    Defendants. | Case No.  15-cv-02617-JST<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to <u>In Re Air Crash in San Francisco, California on July 6, 2013</u>, Case No. 4:13-md-02497-YGR.

**IT IS SO ORDERED.**

Dated: July 16, 2015

_____
JON S. TIGAR
United States District Judge